## GRAPPE *vs.* ROBINSON.

APPEAL FROM THE COURT OF THE SIXTH JUDICIAL DISTRICT, THE JUDGE
THEREOF PRESIDING.

Service of petition, as well as citation of appeal, is required, or the appeal
will be dismissed.

*Elgee,* for the appellee, moved to dismiss the appeal, on
the ground that there was no service of the petition of
appeal accompanying the citation. This was a fatal defect,
which authorized the dismissal of the appeal. *7 Louisiana
Reports,* 361.

*Winn, contra,* moved for time to have the sheriff's return amended; he expected the service had been properly made, but omitted in the return.

WESTERN DIST.
October, 1836.

WELLS ET UX.
*vs.*
SCOTT'S
EXECUTRIX.

*Martin, J.,* delivered the opinion of the court.

The dismissal of the appeal is prayed for, in this case, on the ground that there was no service of the petition of appeal. Service of the petition, as well as citation of appeal, is required by law. This case cannot be distinguished from that of Taliaferro *vs.* King's heirs, 7 Louisiana Reports, 361.

Service of a petition, as well as citation of appeal, is required, or the appeal will be dismissed.

It is, therefore, ordered, that the appeal be dismissed, with costs.